# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ARENA IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEW ENGLAND PATRIOTS, LLC,<br><br>    Defendant. | Civil Action No. 4:23-cv-00428 |

## ORDER GRANTING DEFENDANT NEW ENGLAND PATRIOTS, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM BASED ON 35 U.S.C. § 101

Before the Court is Defendant New England Patriots, LLC's Motion to Dismiss for Failure to State a Claim Based on 35 U.S.C. § 101. Having considered the Motion, any responsive briefing, and any relevant argument of counsel, the Court finds that the Motion should be and is hereby **GRANTED**. Plaintiff Arena IP, LLC's Amended Complaint is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: _____, 2023.

_____
THE HONORABLE GEORGE C. HANKS, JR.