# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ARENA IP, LLC.,**<br>　　　Plaintiff,<br><br>v.<br><br>**NEW ENGLAND PATRIOTS LLC,**<br>　　　Defendant | Civil Action No. 1:23-cv-13006-MJJ<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Michael B. Walsh of the law firm of Altman, Nussbaum, Shunnarah Trial Attorneys, 44 School Street, Sixth Floor, Boston, Massachusetts 02108, will appear as co-counsel for Plaintiff, Arena IP, LLC.

The undersigned requests service of all pleadings, discovery, correspondence, notices, calendars, and other materials affecting this action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**Altman, Nussbaum, Shunnarah Trial Attorneys**

　　　　　　　　　　　　　　　　　　　　*/s/ Michael B. Walsh*
　　　　　　　　　　　　　　　　　　　　Michael B. Walsh
　　　　　　　　　　　　　　　　　　　　Massachusetts Bar No. 680245
　　　　　　　　　　　　　　　　　　　　44 School Street
　　　　　　　　　　　　　　　　　　　　Sixth Floor
　　　　　　　　　　　　　　　　　　　　Boston, Massechusetts 02108
　　　　　　　　　　　　　　　　　　　　(857) 356-0115 (telephone)
　　　　　　　　　　　　　　　　　　　　(832) 900-4941 (fax)
　　　　　　　　　　　　　　　　　　　　mwalsh@anslawyers.com

　　　　　　　　　　　　　　　　　　　　***Attorney for Arena IP, LLC***

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2023, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

By: */s/ Michael B. Walsh*
Michael B. Walsh
